1 So.2d 669

**John T. KNIGHT v. STATE.**

**4 Div. 208.**

Supreme Court of Alabama.
April 17, 1941.

W. L. Lee, Alto V. Lee, III, and J. N. Mullins, all of Dothan, for the motion.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of John T. Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Knight v. State, 1 So.2d 668.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ. concur.